UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>   v.<br><br>Kainan Motley,<br><br>                Defendant. | No. 2:23-cr-00198-KJM |
| USA,<br><br>                Plaintiff,<br><br>   v.<br><br>Richard Arellano-Mendoza,<br><br>                Defendant. | No. 2:23-cr-00205-KJM<br><br>RELATED CASE ORDER |

     Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules.  "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).  The parties should be aware that relating cases under Rule 123 does not consolidate the actions.

1

Since both cases are assigned to Chief Judge Kimberly J. Mueller, no further action is necessary, but the docket will be updated to note Case No. 2:23-cr-00198-KJM and Case No. 2:23-cr-00205-KJM are related.

IT IS SO ORDERED.

DATED: November 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE