TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
KAINAN MOTLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>KAINAN MOTLEY,<br><br>                    Defendant | CASE NO. 2:23-CR-00198 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant KAINAN MOTLEY, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JUSTIN LEE, hereby stipulate as follows:

1.      By previous order, this matter was transferred from Judge Mueller's court calendar to this court's calendar due to Judge Mueller's retirement.

2.      Both parties have discovered information that will impact their respective sentencing arguments, and both parties require additional time for further investigation.

4.      Defense counsel is working to investigate mitigating information. The defendant is out of custody. He is employed, maintains contact with counsel and with his Pretrial Services officer, and is compliance with the terms and conditions of his pretrial release.

5.      The government joins this request, as the government continues to investigate other information bearing on its sentencing recommendation.

6.      The draft presentence investigation report has not been disclosed. Once this case

1

is set for a firm sentencing date, the assigned probation officer will need time to complete the PSR process.

7.  Thus, the parties request that the Court continue the judgment and sentencing to April 27, 2026 before this Court.

IT IS SO STIPULATED.

Dated:  January 15, 2026               ERIC GRANT
                                       United States Attorney

                             By:       /s/ Justin Lee
                                       JUSTIN LEE
                                       Assistant U.S. Attorney

                                       For the United States


Dated:  January 15, 2026     By:       /s/ Toni White
                                       TONI WHITE
                                       For Defendant
                                       Kainan Motley


**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference regarding sentencing in this case is continued from January 20, 2026, to April 27, 2026, at 9:30 a.m. before District Judge Dale A. Drozd.  **However, no further continuances of the of the status conference regarding sentencing in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:  **January 16, 2026**          _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

2