TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244

Attorney for Defendant
KAINAN MOTLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAINAN MOTLEY,<br><br>Defendant | CASE NO. 2:23-CR-00198 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant KAINAN MOTLEY, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JUSTIN LEE, hereby stipulate as follows:

1. By previous order, this matter was transferred from Judge Mueller's court calendar to this court's calendar due to Judge Mueller's retirement.

2. Both parties have discovered information that will impact their respective sentencing arguments, and both parties require additional time for further investigation.

4. Defense counsel is working to investigate mitigating information. The defendant is out of custody. He is employed, maintains contact with counsel and with his Pretrial Services officer, and is compliance with the terms and conditions of his pretrial release.

5. The government joins this request, as the government continues to investigate other information bearing on its sentencing recommendation.

6. The draft presentence investigation report has not been disclosed. Once this case

1

is set for a firm sentencing date, the assigned probation officer will need time to complete the PSR process.

7. Thus, the parties request that the Court continue the sentencing date to July 27, 2026, at 9:30 a.m., before District Juge Dale A. Drozd.

IT IS SO STIPULATED.

Dated:  April 23, 2026                    ERIC GRANT
                                          United States Attorney

                              By:    /s/ Justin Lee
                                     JUSTIN LEE
                                     Assistant U.S. Attorney

                                     For the United States


Dated:  April 23, 2026        By:    /s/ Toni White
                                     TONI WHITE
                                     For Defendant
                                     Kainan Motley


## O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for April 27, 2026, is continued to July 27, 2026, at 9:30 a.m.  A new schedule for the presentence report related dates will issue.

IT IS SO ORDERED.

Dated:   **April 24, 2026**          _____
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE

2