TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244

Attorney for Defendant
KAINAN MOTLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAINAN MOTLEY,<br><br>Defendant | CASE NO. 2:23-CR-00198 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant KAINAN MOTLEY, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JUSTIN LEE, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 27, 2026.
2. Both parties are continuing to address information that will impact their respective sentencing arguments, and both parties require additional time for further investigation.
3. In addition, defense counsel is working to investigate mitigating information.
4. The government joins this request, as the government continues to investigate other information bearing on its sentencing recommendation.
5. Mr. Motley remains on pretrial release with no violations.
6. The draft presentence investigation report has not been disclosed. Once this case is set for a firm sentencing date, the assigned probation officer will need time to complete the PSR process.

7. Thus, the parties request that the Court continue the sentencing date to December 21, 2026.

IT IS SO STIPULATED.

Dated: July 23, 2026

ERIC GRANT
United States Attorney

By: */s/ Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney

For the United States

Dated: July 23, 2026

By: */s/ Toni White*
TONI WHITE
For Defendant
Kainan Motley

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for July 27, 2026, is continued to December 21, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE